

The relief described hereinbelow is SO ORDERED.

Signed May 27, 2016.

_____
Ronald B. King
Chief United States Bankruptcy Judge

```
IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE WESTERN DISTRICT OF TEXAS
            SAN ANTONIO DIVISION
```

| | | |
|---|---|---|
| IN RE: § | CASE NO. | 14-53152-RBK |
| RICHARD LESLIE PAMPLIN AND § | | |
| DEBORAH JEAN PAMPLIN, § | | |
| Debtors § | CHAPTER | 7 |

| | | |
|---|---|---|
| COFFEE TIME, INC., § | | |
| Plaintiff § | | |
| § | | |
| vs. § | ADVERSARY NO. | 15-5022-RBK |
| § | | |
| RICHARD LESLIE PAMPLIN § | | |
| Defendant § | | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES**

On this day came on to be heard Plaintiff's Motion for Award of Attorney's fees Pursuant to FRCP 54 and Local Rule 7054. The Court, having considered said motion, its findings and conclusions, and the pleadings on file in this case, is of the opinion that Plaintiff's Motion for Award of Attorney's Fees Pursuant to FRCP 54 and Local Rule 7054 should be in all things,

GRANTED.  It is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Award of Attorney's Fees Pursuant to FRCP 54 and Local Rule 7054 is hereby GRANTED.  It is further,

ORDERED, ADJUDGED AND DECREED that Plaintiff is hereby awarded attorney's fees in the amount of $7,275.00 and costs in the amount of $490.42, against Defendant.  It is further,

ORDERED, ADJUDGED AND DECREED that Plaintiff is hereby awarded additional attorney's fees in the amount of $750.00 against Defendant, in the event Defendant objects to Plaintiff's motion and a hearing is held on this matter.  It is further,

ORDERED, ADJUDGED AND DECREED that Defendant is hereby awarded additional attorney's fees in the amount of $7,500.00 against Plaintiff, in the event Plaintiff appeals any part of this Court's judgment to the United States District Court for the Western District of Texas.  It is further,

ORDERED, ADJUDGED AND DECREED that Defendant is hereby awarded additional attorney's fees in the amount of $7,500.00 against Plaintiff, in the event Plaintiff appeals any part of this Court's judgment to the United States Court of Appeals for the Fifth Circuit.  It is further,

ORDERED, ADJUDGED AND DECREED that Plaintiff is hereby awarded additional attorney's fees in the amount of $7,500.00 against Plaintiff, in the event Plaintiff files a petition for

writ of certiorari to the United States Supreme Court, and an additional $7,500.00 if writ of certiorari is granted. It is further,

ORDERED, that this award of attorney's fees and costs be regarded and is considered a judgment of the Court and Plaintiff, COFFEE TIME, INC. is entitled to all writs and/or abstracts of judgment to collect on this Order against RICHARD LESLIE PAMPLIN.

###

PREPARED & SUBMITTED BY:

WILLIS & WILKINS, L.L.P.
JAMES S. WILKINS
Attorneys for COFFEE TIME, INC., Plaintiff
711 Navarro Street, Ste. 711
San Antonio, Texas 78205
Telephone: (210) 271-9212
Facsimile: (210) 271-9389
State Bar No. 21486500